IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DISABILITY RIGHTS MARYLAND, INC.,** | * | |
| | * | |
| *Plaintiff,* | | |
| | * | Case No. 1-21-cv-02959-JRR |
| v. | | |
| | * | |
| **ROBERT L. GREENE,** *et al.,* | | |
| | * | |
| *Defendants.* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This matter came before the court on Defendants' Motion to Dismiss (ECF No. 23), Plaintiff's response, and Defendants' reply. Following oral argument on August 31, 2022, the court rendered its ruling orally on the record on September 1, 2022.

During the course of rendering its oral ruling (September 1, 2022), the court neglected to state that, in addition to the other authority set forth on the record, on the issue of whether Plaintiff has standing, the court considered *Disability Rights SC v. McMaster,* 24 F.4th 893 (4th Cir. 2002), where the Court ruled that the plaintiff lacked standing. This court determined that *Disability Rights SC* is materially distinguishable from the instant case on several factual and legal fronts, including (i) the plaintiff's failure to demonstrate its alleged injuries were traceable to the defendants; (ii) the plaintiff's asserted injuries were not redressable by judicial action; and (iii) the plaintiff's alleged harms were not injuries in fact, but rather speculative in nature. As set forth on the record yesterday, Plaintiff Disability Rights Maryland, Inc., does not suffer these defects.

Having considered the parties' motions papers and oral argument of counsel, for the reasons set forth on the record on September 1, 2022, as amplified by the foregoing paragraph, it is this 2nd day of September 2022,

**ORDERED** that the Motion to Dismiss (ECF No. 23) shall be, and is hereby, **GRANTED IN PART and DENIED IN PART** as follows: The Motion is granted to the extent that the Amended Complaint (ECF No. 18) is dismissed as against Defendant Maryland Department of Public Safety and Correctional Services only; the Motion is otherwise denied. All counts of the Amended Complaint shall proceed as against all Defendants with the exception of Defendant Maryland Department of Public Safety and Correctional Services.

_____/s/_____

Julie R. Rubin
United States District Judge