IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DISABILITY RIGHTS MARYLAND, INC., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN J. SCRUGGS, *et al.*, <br><br> Defendants. | Case No. 21-cv-02959-JRR |

## DISABILITY RIGHTS MARYLAND, INC.'S DECEMBER 4, 2023 STATUS REPORT

Pursuant to the Court's November 3, 2023 Letter Order (ECF 102), Plaintiff Disability Rights Maryland, Inc. hereby submits this Status Report. So that DRM can receive the accurate data that it has requested, the Court should set a deadline by which Defendants must produce the person-level data (1) collected, analyzed, and described in the restrictive housing reports ("RH Reports") issued by Defendant Department of Public Safety and Correctional Services ("DPSCS") for each fiscal year ("FY") since July 1, 2016 and (2) that provides the times that persons have spent on segregation at the correctional facilities at issue, including but not limited to for persons with serious mental illness ("SMI"). Defendants' latest effort to disclose certain segregation data is incomplete. DRM also has identified a site-visit-related issue that it hopes the parties can resolve without Court intervention.

**1)** **Defendants' Capabilities to Produce Data for Persons in Segregation**

As the Court and the parties have repeatedly discussed, DRM has served multiple discovery requests calling for information about the lengths of time persons are subjected to segregation, including but not limited to persons with SMI. DPSCS uses such person-level data for its annual

1

RH Reports. *See, e.g.,* Ex. 1, FY 2022 RH Rpt. at 3 (describing legal reporting requirements). The publicly available guide and template for the data required for those Reports call for, among other data, "inmate"-specific information about the SMI designation of persons "placed into restrictive housing;" "inmate"-specific "Start Date" in segregation; and "inmate"-specific "End Date." Ex. 2, RH Data Definitions & Reporting Guide, at 4, 6, 7 (emphasis omitted); Ex. 3, RH Reporting Template Excerpt. Maryland law requires the submission of the required "data" by "December 31 each year;" thus, DPSCS is undoubtedly working on or perhaps has completed its next RH Report. Md. Code Corr. Servs. 9-614(b)(1).

DPSCS' FY 2022 RH Report (Ex. 1) confirms the existence of the requested person-level data. Page 12 discloses the availability of "[m]ore comprehensive documentation on individuals with SMI" in reporting the numbers of "individuals with SMI" "placed on restrictive housing" during fiscal year 2022 (370), "placed on administrative segregation" (182), "placed on disciplinary segregation" (278), and "placed on both" (90). Appendix A adds that "disciplinary segregation placement and length were determined by processing ***an*** incarcerated person's infraction history data, which is a ***more accurate method*** made available by additional data development." *Id.* at 16 (emphasis added).

The person-level data that DRM has requested remains undisclosed. Defendants' latest effort—a Nov. 3 List provided after the last Status Conference—purports to summarize disciplinary segregation days served between June 1, 2016 and May 30, 2023. That List does not disclose whether any listed person has been designated as SMI and does not provide administrative segregation data—all of which DPSCS collects, analyzes, and annually reports and should disclose so that all parties have access to the same relevant data. Moreover, the Nov. 3 List appears incomplete. Focusing solely on the persons identified by their initials in DRM's First Amended

Complaint (ECF 18) ("FAC") and documents from Defendants, DRM has identified two persons who were confined to disciplinary segregation during the relevant time period, but who are not identified in the Nov. 3 List. That List also understates the times that other persons identified by their initials in the FAC have spent in disciplinary segregation, as evidenced, again, by other documents from Defendants.[1]

DRM thus has serious concerns about the accuracy of the data set forth in the Nov. 3 List. Such concerns, delays, and uncertainties should be unnecessary: if the data are "accurate" and "comprehensive," Defendants should produce by a date certain the requested, person-level segregation data used to generate the RH Reports. Ex. 1, 2022 FY RH Rpt. at 12, 16.

**2)** **<u>Prison Site Visits</u>**

DRM's experts and counsel recently conducted site visits of Maryland Correctional Institution – Women ("MCI-W") and Maryland Correctional Training Center ("MCTC"). For those visits, DRM requested, and Defendants produced, rosters of persons on restrictive housing as of the day of the visit. In advance of the MCTC site visit, DRM also requested, and Defendants produced, a list of incarcerated individuals with SMI on MCTC restrictive housing as of the day of the visit. This exchange of information increased the efficiency and effectiveness of the site visits. To facilitate the site visits scheduled for the week of December 11, 2023, DRM has requested that Defendants provide similarly current rosters of persons on restrictive housing and lists of individuals with SMI on restrictive housing at those institutions. If not resolved among the parties, this issue might warrant Court intervention.

---

[1] DRM has provided Defendants with examples of these apparent omissions. Upon request, DRM would be happy to provide the Court with the confidential documents substantiating its concerns.

Respectfully submitted,

| | |
|---|---|
| /s/<br>Michael L. Hecht<br>Federal Bar No. 26174<br>mhecht@venable.com | /s/<br>Luciene Parsley<br>Federal Bar No. 27089<br>LucieneP@disabilityrightsmd.org<br>Disability Rights Maryland<br>1500 Union Avenue, Suite 2000<br>Baltimore, MD 21211<br>Tel: 410-727-6352 ext. 2494<br>Fax: 410-727-6398<br><br>*Attorneys for Plaintiff* |
| /s/<br>David S. Gray<br>Federal Bar No. 26613<br>dsgray@venable.com | |
| /s/<br>Thomasina E. Poirot<br>Federal Bar No. 30090<br>tepoirot@venable.com | |
| /s/<br>Matthew W. J. Webb<br>Federal Bar No. 30892<br>mwebb@venable.com | |
| /s/<br>Alissa N. Portner<br>Federal Bar No. 21402<br>anportner@venable.com | |

Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel: 410-244-7400
Fax: 410-244-7742

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 4, 2023, the foregoing Status Report for Disability Rights Maryland, Inc., was served on all counsel of record via ECF.

                                                   /s/
                                     Michael L. Hecht